IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. PX-16-0415 |
| ANTRIC EDWARD KLAIBER | * | |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION TO FILE MATERIALS UNDER SEAL

The Defendant, Antric Edward Klaiber, through his attorneys, James Wyda, Federal Public Defender for the District of Maryland, and Julie L.B. Stelzig, Assistant Federal Public Defender, respectfully moves this Honorable Court for an order placing under the Court's seal the Proposed Sealed Document (Supplemental Memorandum of Law in Support of Motions to Suppress Tangible and Derivative Evidence and Statements, and in Further Support of Request for a Franks Hearing), and attached exhibits, to be filed today by the Defendant in this case.  In support of this Motion, the Defendant states as follows:

1.	The Supplemental Memorandum, and the majority of the attachments, contain confidential and highly sensitive materials, including discussions and identifying information regarding the suspected confidential informants in this case.

2.	No reasonable alternatives to sealing the document are available. Deletion or expungement of sensitive portions of the document would render the submission substantially unreadable and would compromise counsel's ability to convey important information relevant to this case.

3.	Counsel intends to serve the government with copies of this motion and the Proposed Sealed Document.

WHEREFORE, Defendant respectfully requests that the Supplemental Memorandum of Law in Support of Motions to Suppress Tangible and Derivative Evidence and Statements, and in Further Support of Request for a Franks Hearing and related exhibits to be filed immediately following this motion be placed under the Court's seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
  for the District of Maryland

April 7, 2017
                                  /s/
JULIE L.B. STELZIG (#27746)
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
Telephone: (301) 344-0600
Fax: (301) 344-0019
Email: julie_stelzig@fd.org