IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | Case No. : PX 16-0415 |
| | : | |
| **ANTRICS KLAIBER,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO FILE DOCUMENT UNDER SEAL

The defendant, Antrics Klaiber, by and through undersigned counsel, hereby seeks this Court's permission to file under seal Defendant's Opposition to Government's Motion for a Protective Order. The attachment contains sensitive information that should be sealed from public view until further order of this Court.

WHEREFORE, the Defendant respectfully requests that this Court grant Defendant's Motion to File Document Under Seal so that the Proposed Sealed Document may be filed under seal.

Respectfully Submitted,

_____/s/_____
Teresa Whalen, Bar No. 25245
Law Office of Teresa Whalen
801 Wayne Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 728-2905