# TERESA WHALEN
**ATTORNEY AT LAW**
801 WAYNE AVENUE
SUITE 400
SILVER SPRING, MARYLAND 20910

Admitted to Practice:  E-Mail:Whalenesq@aol.com
   Maryland  Telephone (301) 588-1980
District of Columbia  MOBILE (301) 728-2905

July 26, 2021

Honorable Paula Xinis
United Stated District Court
District of Maryland
36 Cherrywood Lane
Greenbelt, MD 20770

     Re:   *U.S. v. Klaiber, 16-0415*

Dear Judge Xinis:

    Antric Klaiber will be pleading guilty tomorrow to a Superseding Information alleging he violated the "structuring" statute set forth in 31 U.S.C. 5324(a)(3). The plea is offered pursuant to Rule 11(c)(1)(C) and specifies a time served disposition, should your Honor accept the terms of the agreement. The parties have requested Mr. Klaiber be sentenced tomorrow after the re-arraignment. I write to provide additional information for your consideration at sentencing.

    Mr. Klaiber is now 45 years old. He was arrested and detained from April 22, 2016 until his release from the Bureau of Prison on September 12, 2018. He was detained again on an immigration detainer from May 15, 2019 until August 20, 2020. The detainer was lodged alleging his removability due to the original conviction in this case. Since that time, Mr. Klaiber has been living with his parents in Greenbelt, Maryland. He has had steady employment since November 11, 2020 as a courier with STAT Experts Delivery Company. His job currently entails driving to New Jersey at night and delivering COVID testing results for professional basketball teams. He drives the five plus hours and makes his delivery, then sleeps a few hours in his car, and returns early in the morning. He is often working 14 to 16 hours days.

    You may recall that Mr. Klaiber has a total of five children. Three are now over the age of 18. His young son is now 11 years old and his daughter who lives nearby with her mother is now nine years old. He still has a loving relationship with all of the children and has worked to reestablish close ties since his release from prison.

When you initially sentenced Mr. Klaiber, his criminal history score was calculated as a category III, comprised of 4 scorable points. On June 23, 2021, the Assistant State's Attorney in Prince George's County entered a *nolle prosequi* to the felony drug case that had been vacated and reset for trial. *Exhibit 1*. We believe that reduces Mr. Klaiber's criminal history points to 3, and thus, he is a category II. The parties believe the adjusted offense level is 5, with an advisory sentencing guideline range of 0 to 6 months. Even though his original conviction had been vacated, Mr. Klaiber continued to report and abide by all conditions of his supervised release, including remaining drug free.

Mr. Klaiber feels that he has finally straightened his life out and has put his past behind him. In many ways, he needed these life altering events to focus on a productive life and to take the time to reflect on his self-destructive behavior. Mr. Klaiber respectfully requests that this Court accept the negotiated "c" plea and sentence him to a time served disposition. Thank you for your consideration.

Very truly yours,

*Teresa Whalen*
Teresa Whalen